UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J P CUSTOM CONTRACTORS INC., | CASE NO.   5:24-cv-02310-AH-ACCVx |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE   [28] [JS-6]** |
| v. | |
| HDI GLOBAL SPECIALTY SE, formerly known as INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, | |
| Defendant. | |

Based on a review of the Joint Stipulation for Dismissal of Entire Action with Prejudice, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is APPROVED. This entire action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: JUNE 4, 2026



Honorable Anne Hwang
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION FOR DISMISSAL

1

Case No. 5:24-cv-02310-AH-ACCV